AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

FILED
3/3/2026

Clerk, U.S. District Court
District of Montana
Billings Division

United States of America
v.
DANIEL CARL GUTHRIE

)
)
)
)
)
)

Case No. 1:26-cr-00029

MJ-26-28-BLG-TJC

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Daniel Carl GUTHRIE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Employing or Using a Minor to Possess with Intent to Distribute Controlled Substances
Providing and Distributing a Controlled Substance to a Minor
Aiding and Abetting

Date:   02/11/2026

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DANIEL CARL GUTHRIE | Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), 846, 861(a)(1), 861(b), and 861(d); and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

In or about 2025, in the District of North Dakota, and elsewhere,

DANIEL CARL GUTHRIE

knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, including a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that Defendant transported marijuana from Montana to a residence in New Town, North Dakota, and elsewhere;

2. It was further a part of said conspiracy that Defendant provided and distributed a quantity of marijuana to his 12-year-old son at and near a residence in New Town, North Dakota;

3. It was further a part of said conspiracy that the Defendant and other conspirators possessed a firearm to protect their supply of controlled substances and proceeds of drug trafficking activity, and to intimidate others;

4. It was further a part of said conspiracy that conspirators distributed and possessed with intent to distribute marijuana within North Dakota;

5. It was further a part of said conspiracy that Defendant and other conspirators attempted to conceal their activities by, among other means, hiding controlled substances within residences, in motor vehicles, and in various containers and objects;

6. It was further a part of said conspiracy that conspirators used United States currency to facilitate their drug trafficking conduct;

7. It was further a part of said conspiracy that Defendant and other conspirators would and did use electronic devices, including cellular telephones and messaging applications, to facilitate the distribution of controlled substances and the collection and transmission of the proceeds of drug distribution activity; and

8. It was further a part of said conspiracy that Defendant used other persons as sub-distributors of controlled substances;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TWO

**Employing or Using a Minor to
Possess with Intent to Distribute Controlled Substances**

The Grand Jury Further Charges:

In or about January 2025, in the District of North Dakota,

DANIEL CARL GUTHRIE,

individually, and by aiding and abetting, knowingly and intentionally employed, hired, used, persuaded, induced, enticed, and coerced a person under eighteen years of age to knowingly and intentionally possess with intent to distribute a controlled substance, namely, a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), 861(a)(1), and 861(b), and Title 18, United States Code, Section 2.

## COUNT THREE

**Providing and Distributing a Controlled Substance to a Minor**

The Grand Jury Further Charges:

In or about January 2025, in the District of North Dakota,

DANIEL CARL GUTHRIE,

individually, and by aiding and abetting, knowingly provided and distributed a controlled substance, namely, marijuana, a Schedule I controlled substance, to a person under eighteen years of age;

In violation of Title 21, United States Code, Section 861(d), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

RLV/tmg